DENNIS S. WAKS, Bar #142581
Acting Federal Defender
CARRIE S. LEONETTI, Maryland Bar
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOE NEWMAN GILL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:05-cr-00461 OWW |
| Plaintiff, | STIPULATION TO CONTINUE MOTIONS HEARING/STATUS CONFERENCE; AND ORDER THEREON |
| v. | |
| JOE NEWMAN GILL, et al., | Date: January 30, 2006 |
| Defendants. | Time: 9:00 a.m. |
| | Judge: Hon. Oliver W. Wanger |

   IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorney of record herein, that the Motions Hearing/Status Conference, scheduled for January 20, 2006, may be continued to **January 30, 2006 at 9:00 a.m.**

   The reason for the requested continuance is because counsel for defendant Gill is scheduled to commence trial in Magistrate Court on January 20, 2006 at 9:00 a.m.

   The parties agree that the delay resulting from the continuance shall be excluded pursuant to

///
///
///
///
///
///

1 | 18 U.S.C. §3161(h)(1)(F) & (J).

2 | DATED: January 9, 2006          McGREGOR W. SCOTT
                                    United States Attorney

/s/ David L. Gappa
DAVID L. GAPPA
Assistant U.S. Attorney
Attorney for Plaintiff

DATED: January 9, 2006          DENNIS S. WAKS
                                Acting Federal Defender

/s/ Carrie S. Leonetti
CARRIE S. LEONETTI
Assistant Federal Defender
Attorney for Defendant
JOE NEWMAN GILL

DATED: January 9, 2006

/s/ Nicholas F. Reyes
NICHOLAS F. REYES
Attorney for Defendant
PABLO NAVA MORFIN

DATED: January 9, 2006

/s/ Roger K. Vehrs
ROGER K. VEHRS
Attorney for Defendant
SEAN MICHAEL MONROE

**O R D E R**

IT IS SO ORDERED.

DATED:___January 10, 2006_

/s/ OLIVER W. WANGER
_____
The Hon. OLIVER W. WANGER
United States District Court Judge for the
Eastern District of California