DANIEL J. BRODERICK, #89424
Acting Federal Defender
CARRIE S. LEONETTI, Maryland Bar
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
JOE NEWMAN GILL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:05-cr-461 OWW |
| Plaintiff, | ) | ORDER CONTINUING SENTENCING |
| v. | ) | |
| JOE NEWMAN GILL, | ) | Judge: Hon. Oliver W. Wanger |
| Defendant. | ) | |

**O R D E R**

     **IT IS SO ORDERED.** The sentencing hearing in this matter is continued until **May 23, 2006 at 9:00 a.m.**

     DATED: April __17___, 2006

/s/ OLIVER W. WANGER
Hon. Oliver W. Wanger
United States District Judge
Eastern District of California