```
DANIEL J. BRODERICK, #89424
Federal Defender
CARRIE S. LEONETTI, #252052
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561
Attorney for Defendant
JOE NEWMAN GILL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:05-cr-461 OWW |
| Plaintiff, | MOTION TO WITHDRAW MOTION TO MODIFY RELEASE ORDER; ORDER |
| v. | |
| JOE NEWMAN GILL, | |
| Defendant. | Judge: Hon. Oliver W. Wanger |

Defendant hereby withdraws the Motion to Modify Release Order filed by Defendant on April 15, 2008.  Defendant was released into custody of U.S. Probation Officer Jose Pulido and transported to Westcare on April 15, 2008.  Said motion is now moot.

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender
DATED: April 16, 2008
                                         /s/  Carrie S. Leonetti
                                        CARRIE S. LEONETTI
                                        Counsel for Defendant

**ORDER**

IT IS SO ORDERED.

**Dated:   April 17, 2008**              **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE

Motion to Withdraw Motion to Modify
Release Order; [Proposed] Order